UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Bowers Johnson,

    Plaintiff,

v.                                 ORDER
                                   Civil No. 08-4718 (MJD/AJB)

United States Federal Corporation,

    Defendant.

_____

The above-entitled matter comes before the Court upon Plaintiff's objection to the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated March 20, 2009.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court will adopt the Report and Recommendation dated March 20, 2009.

IT IS HEREBY ORDERED that the Motion of the United States to Dismiss [Doc. No. 2] is GRANTED. This case is DISMISSED WITH PREJUDICE.

Date: April 18, 2009                     s/ Michael J. Davis
                                                        Michael J. Davis
                                                        Chief Judge
                                                      United States District Court